# EXHIBIT A



©Copyright 2002-2004, Moore Protection. All rights reserved.

Exhibit "C"



## About Us

At Moore Protection we take pride in our ability to communicate what sets us apart from other home protection services. Clients who use Moore Protection as their home security service know this about us ... we provide the highest quality of service.

To us, that service starts in the very first conversation we have with you about your security needs. We try to listen carefully and observe closely, paying attention to the details of your life and the changes that occur. We know that changes in lifestyle often translate into changes in security needs.

To you, they're lifestyle changes, to us they're signs ... signs that your security needs have changed. And though you may not realize it, we do. That's why we're here and that's what allows us to keep you safe.

The pride we take in the quality of our service is a direct result of the experience and perspective of our team. Our leadership has a proven track record of success in the security industry and in technology, finance and manufacturing. We work to foster a culture of excellence and integrity in all we do.

We invite you to learn more about Moore Protection.

**Call us at (310) 540-7229**

WRITE US AT
inquiries@mooreprotection.net

©Copyright 2002-2004, Moore Protection. All rights reserved.



- A security system designed to fit your needs by qualified consultants.
- A sense of urgency every time an alarm sounds in our main office.
- A live, local operator who knows your neighborhood.
- A well-informed response team.
- A tie-in with cutting edge security surveillance technology.
- A customer service representative personally handling your questions.
- A high level of quality service that you expect.

**We're A Presence Not A Pretense**

We're an actual security company and we stand behind our services, products and employees with a deep commitment to personal service and professionalism. With Moore Protection you will never have frustrating out-of-state operator phone trees resulting in the endless transferring of calls. With us your call will be answered by a live person or returned promptly. With us an appointment made means an appointment kept. With us a system installed is a system serviced.

With Moore Protection there's a difference. It's the difference between security consultants vs. alarm salespeople. It's the difference between keeping you safe vs. keeping you as a name on a list of a nationwide marketing conglomerate. It's the difference between an actual service industry vs. a recurring revenue industry. The difference with Moore Protection is stated in our two-word mission statement: We Protect.

**We Make A Study Of Crime Trends**

Our knowledge of your neighborhood crime trends is comprehensive. We know the problems your neighbors have had and we use that knowledge to prevent them from happening to you. With Moore Protection you get real information, not scare tactics. Keeping our information current and tracking all changes is a large part of what distinguishes Moore Protection from other security services. Should any changes in crime patterns pertain to you and your family, you will be the first to know.

©Copyright 2002-2004, Moore Protection. All rights reserved.




FAQ    Technical Support    Home Security

### We are Proud to be Your Family's Security Specialist

We started Moore Protection in 2002 with the intent of being what the big names in the industry aren't -- local, personal and responsive. This is something that we focus on each and every day.

Providing a premium level of service is how we have built our reputation, and it is the one thing that continues to separate us from the pack in the residential security business here in Southern California.

Why do we focus on the things that others in our industry take for granted? In a word, confidence. Doing our job well means each one of our clients is confident that we are doing everything possible to protect their home and family. To feel confident that if and when circumstances change in your life or neighborhood, we will be there to provide you with the expert advice you need.

Of course, the first step to security is always education. We have posted updated information such as manuals on your security system and our safety recommendations on this area of our website so that it is always at hand. We will also send out regular Security Updates by email during the first quarter of 2009, so if we don't have your email please send it to us by clicking the button below.

Thank you so much for choosing Moore Protection for your security needs. Please call me directly at any time to discuss any aspect of your family's security.

Best wishes,
**Don Moore**
President
Moore Protection Inc.



WRITE US AT
inquiries@mooreprotection.net

©Copyright 2002-2009, Moore Protection. All rights reserved.

Welcome to Moore Protection                                                                 Page 1 of 1

