Harry "Hap" P. Weitzel, Esq. (SBN 149934)
PEPPER HAMILTON LLP
4 Park Plaza, Suite 1200
Irvine, CA 92614-5955
Tel.: 949.567.3500
Fax: 949.863.0151
weitzelh@pepperlaw.com

M. Kelly Tillery, Esq (admitted pro hac vice)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: 215.981.4000
Fax: 215.981.4750
tilleryk@pepperlaw.com
robbinsn@pepperlaw.com

*Attorneys for Plaintiffs ADT Services AG
and ADT Security Services, Inc.*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADT SERVICES AG,<br><br>And<br><br>ADT SECURITY SERVICES, INC.,<br><br>PLAINTIFFS,<br><br>v.<br><br>MOORE PROTECTION,<br><br>DEFENDANT. | CASE NO.: CV10-4713 ODW (JEMx)<br><br>**ORDER GRANTING STIPULATED PERMANENT INJUNCTION AND DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Hon. Otis D. Wright, II, U.S.D.J<br><br>JURY TRIAL DEMANDED |

ORDER GRANTING STIPULATED PERMANENT INJUNCTION

AND NOW, this 16TH day of September, 2010, pursuant to the Settlement Agreement entered into by and between Plaintiffs, ADT Services AG and ADT Security Services, Inc. ("ADT Security") (together, "ADT") and Defendant Moore Protection and upon consideration of the Parties' consent to the entry of this Stipulated Permanent Injunction, **IT IS HEREBY ORDERED THAT** a Stipulated Permanent Injunction shall issue on the following terms:

1) Moore Protection and any affiliates, operating divisions, parent corporations, subsidiaries, directors, officers, agents, employees, representatives, and all persons acting on their behalf, are permanently enjoined from:

   a) using Plaintiffs' Blue Octagon Mark and all confusingly similar marks on any materials in commerce, including without limitation, all existing stickers, signs, yard signs, brochures, print materials in customers' homes, marketing materials, in businesses and all other distribution channels;

   b) using the sign that Moore Protection is currently using that is attached as Exhibit "A" to this ORDER;

   c) making any representations that suggest or imply an association, sponsorship, connection, or relationship with Plaintiffs; and

   d) using any and all of the ADT Registered Trademarks or any and all confusingly similar marks on its website or other marketing or advertising materials.

2) This action shall be dismissed without prejudice upon entry of

this Order, but the Court will retain jurisdiction to enforce the terms of this Order and the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: September 16, 2010

_____
The Hon. Otis D. Wright, II, U.S.D.J.

COPIES TO:

All parties of record.